Noah G. Hillen
Chapter 7 Bankruptcy Trustee
PO Box 6538
Boise, ID 83707
Telephone: (208) 297-5774
Facsimile: (208) 297-5224
ngh@hillenlaw.com

U.S. COURTS

OCT 0 7 2015

KM Filed_____Time 11:00
ELIZABETH A. SMITH mail
CLERK, DISTRICT OF IDAHO

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re:<br><br>Maikham, Ekaphop<br><br><br>Debtor(s) | CHAPTER 7<br><br>CASE NO. 14-01856-JDP<br><br>TURNOVER OF FUNDS<br>TO THE CLERK |
|---|---|

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following represents funds paid the Court pursuant to Bankruptcy Rule 3010.

| Creditor | Claims | Amount Not Disbursed |
|---|---|---|
|  |  | Total: |

2. The following funds represent disbursements to creditors that were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. § 347 (a)

| Creditor | Check No | Dated | Amount |
|---|---|---|---|
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 107 | 7/6/15 | $196.79 |

Total: $196.79

TOTAL AMOUNT REMITTED: $196.79

DATED: October 6, 2015

/s/ Noah G. Hillen
Noah G. Hillen
Trustee

FEE PAID
R# 61994

TURNOVER OF FUNDS TO COURT  14-01856-JDP